J-A01001-20

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| MTGLQ INVESTORS, L.P. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PATRICIA A. MCCARTHY | : | No. 873 EDA 2019 |

Appeal from the Order Entered February 1, 2019
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 160403381

BEFORE: NICHOLS, J., MURRAY, J., and COLINS, J.[*]

CONCURRING STATEMENT BY MURRAY, J.: **FILED MAY 11, 2020**

I concur with the analysis and disposition of the Majority. However, I write separately to emphasize that the trial court abused its discretion in awarding the amount of $2,345.20 without indicating a reasoned basis for doing so. Therefore, we are compelled to vacate the order and remand the case, and I further and specifically would emphasize that, upon remand, the trial court shall make findings of fact based on evidence from the record, including documents, exhibits, and evidence from the January 31, 2019 hearing, such that the order forthcoming after remand is consistent with the parties' mortgage contract, as well as Pennsylvania law.

Judge Colins joins the concurring statement.

---

[*] Retired Senior Judge assigned to the Superior Court.